Date signed July 19, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 06-14095PM |
|---|---|
| Anthony Otis Brown and Cynthia Middleton Brown, | Chapter 13 |
| Debtors. | |

**MEMORANDUM TO CHAPTER 13 TRUSTEE**

    Upon review of the Motion to Modify Plan, the Modified Chapter 13 Plan, the Response of the Debtors and the proposed Order Modifying Plan, the court notes that the Motion represents that the plan payments will remain unchanged; however, the Modified Chapter 13 Plan and the proposed Order reflect a change to the payments. Further, it is unclear to the court that upon receipt of the net sale proceeds by the Chapter 13 Trustee whether the monthly payments continue. Without further clarification, the Chapter 13 Plan cannot be modified as requested.

cc:　　Anthony Otis Brown dba Brown's Landscape & Design
　　　　427 Ramblewood Ct.
　　　　Emmitsburg, MD 21727

　　　　Lawrence Heffner
　　　　Russell & Heffner, LLC
　　　　151 W. Patrick St.
　　　　Frederick, MD 21701

　　　　Cynthia Middleton Brown aka Cynthia Middleton
　　　　427 Ramblewood Ct.
　　　　Emmitsburg, MD 21727

　　　　Nancy L Spencer Grigsby
　　　　P.O. Box 958
　　　　Bowie, MD 20718

**End of Memorandum to Chapter 13 Trustee**